(February 15, 1927.)

STATE, Appellant, v. CARLES C. MOORE, Respondent.

[253 Pac. 1116.]

APPEAL from the District Court of the Seventh Judicial District, for Washington County. Hon. B. S. Varian, Judge.

Appeal by the state from judgment of acquittal in prosecution for violation of blue sky law. *Affirmed.*

Kate Feltham, for Appellant.

Corporate existence in a criminal case can be proven by showing that it is a *de facto* corporation. (*Standard Oil Co. v. Commonwealth,* 122 Ky. 440, 91 S. W. 1128; 4 Cook on Corporations, 3322, note 2; *Fields v. United States,* 27 App. D. C. 433.)

. A. L. Freehafer and George Donart, for Respondent, file no brief.

BUDGE, J.—Respondent was charged by information with a violation of what is commonly known as the blue sky law, under the provisions of C. S., chap. 206. The cause came on for trial, and after the state rested its case counsel for respondent moved the court that an instruction be given to the jury advising it to acquit respondent, upon the ground that, conceding all the evidence introduced by the state to be true, it was insufficient to sustain the allegations of the information or to show the commission of any criminal offense. The court so advised the jury, whereupon a verdict of acquittal was returned. From

Publisher's Note.

See Criminal Law, 17 C. J., sec. 3496, p. 188, n. 61 New.

the judgment entered on the verdict so rendered the state has appealed.

There are no assignments of error specified in appellant's brief. We have, however, examined the entire record, and find no reversible error. The judgment is affirmed.

Wm. E. Lee, C. J., and Givens, Taylor and T. Bailey Lee, JJ., concur.